IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION


| ABSTRAX, INC. | § | |
|---|---|---|
| Vs. | § | CIVIL ACTION NO. 2:07CV333 |
| SUN MICROSYSTEMS, INC. | § | |


**ORDER**

On October 24, 2007, the Court of Appeals issued its decision in *In re Volkswagen of America, Inc.*, 506 F.3d 376 (5th Cir. 2007). Shortly thereafter, on November 26, 2007, Sun filed a motion for change of venue in this case (#25). In its motion and reply papers, Sun argued that the standards set forth in *In re Volkswagen* required a change of venue in this case. On February 14, 2008, after the briefing was completed on Sun's motion, the Court of Appeals granted the suggestion for rehearing *en banc*. The Court of Appeals heard oral argument on May 22, 2008. No decision has been rendered. In light of this procedural posture, the court denies Sun's motion for change of venue (#25) without prejudice to re-urging under the standards announced in the en banc decision.

SIGNED this 17th day of September, 2008.


_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE